UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 25-CR-14031-MARTINEZ

UNITED STATES OF AMERICA

v.

GREGORIO GARCIA-RAMIREZ,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing before a Magistrate Judge.

**THE MATTER** was heard in front of Magistrate Judge Shaniek Mills Maynard on July 2, 2025 **[ECF No. 26]**. A Report and Recommendation was filed on July 7, 2025, recommending that the Defendant's plea of guilty be accepted **[ECF No. 29]**. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 29]** of United States Magistrate Judge Shaniek Mills Maynard is hereby **AFFIRMED** and **ADOPTED** in its entirety.

    The Defendant is adjudged guilty of Count One of the Indictment. Count One charges the Defendant with being a Previously Removed Alien Found in the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1). The Defendant acknowledged that he understood the statutory penalties that apply in his case.

    Sentencing will be set in this matter for **Monday, November 3, 2025, at 11:30 a.m.,** before

the Honorable District Judge Jose E. Martinez, at the Alto Lee Adams Sr. United States Courthouse, 101 South U.S. Highway 1, Fort Pierce, Florida 34950.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 21 day of July, 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge Shaniek Mills Maynard
      All Counsel of Record
      U.S. Probation Office